# EXHIBIT B

**Formal Complaint - Thumbtack, Inc.**

FILED
JUN 03 2025
DUVAL CLERK OF COURT

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 2025-CA-3307
CV-E

DWAYNE CURTIS LITTLEJOHN,
an individual, d/b/a New Beginning Plumbing Inc.,
Plaintiff,

v.

THUMBTACK, INC.,
a California corporation,
Defendant.

______________________________________/

COMPLAINT

Plaintiff, Dwayne Curtis Littlejohn, an individual doing business as New Beginning Plumbing Inc., sues Defendant, Thumbtack, Inc., and alleges as follows:

PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Dwayne Curtis Littlejohn, is a resident of Duval County, Florida, and a licensed General Contractor operating a plumbing business in Florida under the name New Beginning Plumbing Inc.

2. Defendant, Thumbtack, Inc., is a foreign corporation organized under the laws of California with its principal place of business at 548 Market St. #60071, San Francisco, CA 94104. Thumbtack conducts substantial business in Florida by advertising, connecting, and facilitating construction contractor services, including those involving Florida consumers.

3. Jurisdiction is proper in this Court as the amount in controversy exceeds $30,000, exclusive of interest and costs.

4. Venue is proper in Duval County, Florida, as the cause of action accrued here and Plaintiff conducts business in this jurisdiction.

GENERAL ALLEGATIONS

5. Since at least 2012, Thumbtack has knowingly facilitated and promoted the services of unlicensed and unauthorized construction contractors in Florida in violation of Chapter 489, Florida Statutes.

6. These unlicensed contractors are advertised alongside and in competition with Plaintiffs licensed business, creating an unfair marketplace that diminishes the value of legal licensure, harms public safety, and violates Florida law.

7. Plaintiff has suffered substantial financial harm in the form of lost business opportunities, suppressed revenue, and unfair market displacement due to Defendants facilitation and promotion of unlicensed competition.

8. Defendant was placed on notice of this unlawful conduct and failed to take adequate steps to verify licensure status of Florida construction professionals on its platform.

COUNT I - VIOLATION OF FLORIDAS DECEPTIVE AND UNFAIR TRADE PRACTICES ACT (FDUTPA)

9. Plaintiff incorporates paragraphs 1 through 8 as if fully set forth herein.

10. Defendants promotion of unlicensed contractors constitutes unfair and deceptive practices that violate Fla. Stat. 501.204.

11. As a direct result of Defendants conduct, Plaintiff has suffered actual damages in excess of $2,000,000 over a 12-year period.

12. Plaintiff seeks all available remedies under FDUTPA, including injunctive relief, actual damages, and attorneys fees (if later represented).

COUNT II - TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS

13. Plaintiff incorporates paragraphs 1 through 8 as if fully set forth herein.

14. Plaintiff had advantageous business relationships and expectancy with Florida consumers.

15. Defendants knowing facilitation of illegal competition through unlicensed contractors intentionally interfered with those relationships and expectancy.

16. As a result, Plaintiff suffered economic harm and market loss.

COUNT III - AIDING AND ABETTING UNLICENSED CONTRACTING

17. Plaintiff incorporates paragraphs 1 through 8 as if fully set forth herein.

18. Florida Statute 489.127 makes it unlawful to engage in or facilitate unlicensed contracting.

19. Defendant knowingly aided and abetted unlicensed individuals and entities in advertising and contracting in Florida without proper licensure.

20. As a direct and proximate result of this unlawful facilitation, Plaintiffs licensed business sustained long-term financial harm.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant, Thumbtack, Inc., and grant the following relief:

a. Compensatory damages in excess of $2,000,000;

b. Injunctive relief prohibiting Thumbtack from promoting unlicensed contractors in Florida;

c. Punitive damages;

d. Court costs and any applicable attorneys fees;

e. Such other and further relief as the Court deems just and proper.

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Dwayne Curtis Littlejohn
8802 Corporate Square Court, Suite 203
Jacksonville, FL 32216
904-614-8815
dwayne.newbeginning@gmail.com
Pro Se Plaintiff