IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2025-CA-3307 CV-E

DWAYNE CURTIS LITTLEJOHN,
Plaintiff,

v.

THUMBTACK, INC., a foreign corporation,
Defendant.
_____/

CONSOLIDATED AMENDED COMPLAINT

Plaintiff, Dwayne Curtis Littlejohn, sues Defendant, Thumbtack, Inc., and alleges:

GENERAL ALLEGATIONS:

1. Plaintiff is a licensed Florida General Contractor and plumbing contractor doing business as New Beginning Plumbing Inc.
2. Defendant, Thumbtack, Inc., is a California-based advertising platform that promotes and sells leads for construction and remodeling services in Florida.
3. From 2012 to the present, Plaintiff has maintained a paid and verified listing on Defendants platform.
4. Plaintiff was required by Defendant to submit Florida license verification documentation every two years during license renewal.
5. Despite this, Defendant simultaneously listed, promoted, and sold leads to unlicensed and illegal contractors on the same platform, and even the same pages, as Plaintiffs verified business.

COUNT I VIOLATION OF FDUTPA (FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT)

6. Defendant engaged in unfair, misleading, and deceptive trade practices in violation of Florida Statute 501.204.
7. Defendant sold leads to Plaintiff while also redirecting those leads to unlicensed individuals not legally permitted to perform contracting work in Florida.
8. Consumers were misled into believing all listed contractors were qualified and vetted.

COUNT II TORTIOUS INTERFERENCE WITH ADVANTAGEOUS BUSINESS RELATIONSHIPS

9. Defendant knowingly undermined Plaintiffs legal business by diluting its brand and redirecting its paid leads to illegal competitors.

10. This redirection interfered with Plaintiffs ability to acquire customers and maintain reputation.

COUNT III  NEGLIGENCE AND GROSS NEGLIGENCE

11. Defendant had a duty to ensure clear separation between legal and illegal providers under Florida law.

12. Defendant breached that duty by knowingly promoting unlicensed competition, contributing to consumer harm and business injury.

COUNT IV  COMMERCIAL DILUTION AND MISREPRESENTATION OF PROFESSIONAL STATUS

13. Thumbtack routinely used the term Pro to describe both licensed and unlicensed individuals on its platform.

14. In both Florida and California, a Pro is commonly understood to mean a licensed contractor.

15. This misuse diluted the value of Plaintiffs verified licensure and created false impressions among consumers.

16. Unlicensed operators emboldened by Thumbtack frequently slandered licensed competitors by claiming that licensure is just a license to steal.

COUNT V  UNJUST ENRICHMENT

17. Defendant profited by using Plaintiffs verified professional status to attract consumers and sell more leadsonly to divert those leads to unqualified, unverified competitors.

18. This conduct unjustly enriched Defendant at Plaintiffs expense.

WHEREFORE, Plaintiff respectfully demands:

- Injunctive relief to prevent Thumbtack from listing unlicensed contractors in Florida;
- Damages in excess of $2,000,000;
- Attorneys fees and costs;
- Any other relief the Court deems just and proper.

Respectfully submitted,

*Dwayne Curtis Littlejohn* (signature)

Dwayne Curtis Littlejohn
Pro Se Plaintiff
8802 Corporate Square Court, Suite 203
Jacksonville, FL 32216
904-614-8815

dwayne.newbeginning@gmail.com