Docusign Envelope ID: 7FD32EC0-3B1E-4BA5-9DD9-8F920673BF33


**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Dwayne Curtis Littlejohn,<br>Plaintiff,<br>v.<br>Thumbtack, Inc.,<br>Defendant. | Case No. 3:25-cv-01065 |

**DECLARATION OF ASHLEE ATKINSON**

I, Ashlee Atkinson, declare and state as follows:

1. I am over the age of 18 and am competent to make this declaration. I support this declaration in support of the Motion to Compel Arbitration and Stay Proceedings filed by Defendant Thumbtack Inc. ("Thumbtack"). I have personal knowledge of each fact stated in this declaration, and if called as a witness, I could and would competently and truthfully testify thereto.

2. I am the Lead Case Manager on the Trust and Safety Team at Thumbtack. In this role, I have access to Thumbtack's system and records. The system and records include an archive of historical Thumbtack user interface screens, activity logs, and account information. For purposes of this litigation, I reviewed Thumbtack's systems and records, upon which I base my statements below.

3. Thumbtack has two groups of users: homeowners ("Customer") and professional services providers ("Pro"). To offer services on Thumbtack's platform, and get their profile displayed to homeowners, a Pro must first create a Thumbtack account.

4. Dwayne Curtis Littlejohn ("Littlejohn") created two Thumbtack Pro accounts. He created one in 2016, which he essentially did not use. He created a second one on January 31, 2019. The account Littlejohn created on January 31, 2019 is still active.

5. Attached hereto as **Exhibit A** is a true and accurate copy of Thumbtack's Terms of Use that were in effect as of Littlejohn's sign up on January 31, 2019 ("November 2018 TOU").

6. The blue "ARBITRATION AND CLASS ACTION WAIVER" language in the introductory paragraph of Exhibit A was directly linked to the Arbitration and Class Action waiver section of the terms

7. All users who signed up for a Pro account on or around January 31, 2019, saw the same sign-up page ("Sign-Up Page"). Attached hereto as **Exhibit C** is a true and accurate copy of the Sign-Up Page that Littlejohn saw on signing up for his Thumbtack account.

8. On the Sign-Up Page in **Exhibit C**, the text immediately preceding the filled-in blue button states "By clicking 'Sign up', I agree to the Terms of Use and Privacy Policy." The words "Terms of Use" and Privacy Policy were hyperlinked in blue. When a Pro clicked on the hyperlinked "Terms of Use," they were taken immediately to a copy of the November 2018 TOU. Users who wished to complete the sign-up process had to click "Sign up" on the Sign-Up Page.

9. I have reviewed Thumbtack's systems and records and determined that Littlejohn clicked on the "Sign up" button on the Sign-Up Page and did not opt out of the arbitration and class waiver provision of the November 2018 Terms of Use.

10. Attached hereto as **Exhibit B** is a true and accurate copy of the November 2022 Thumbtack Terms of Use ("November 2022 TOU").

11. On or about October 6, 2022, Thumbtack sent an email to all users—including Littlejohn—regarding new Terms of Use for the Thumbtack platform. The email stated that use of the platform past November 6, 2022 would constitute acceptance of the November 2022 Terms of Use.

12. The text of the e-mail that Thumbtack sent to all users on or about October 6, 2022 stated:

> Thumbtack continues to grow and evolve. To keep things running smoothly, we're updating our Terms of Use on November 7th, 2022. You can currently view both the existing and the new Terms of Use here.
>
> These updates address a variety of new product features we've rolled out recently, including the option to pay for projects through Thumbtack, Thumbtack Plus, and our home guidance checklist. The updates also address feedback we've heard from pros and consumers, and make our Terms of Use easier to read and understand. Please read the new Terms of Use carefully and ensure you understand them. By continuing to use Thumbtack after November 6th, you are agreeing to the new Terms of Use.
>
> Thank you for being a loyal Thumbtack user. We are excited to continue growing with you.

13. The blue "here" and "Terms of Use" was a hyperlink to the November 2022 TOU. Any user could click on these words and go directly to the November 2022 TOU.

14. Thumbtack's systems and records confirm that Littlejohn continued to use the Thumbtack platform past November 6, 2022, and he did not opt out of the arbitration and class waiver provision of the November 2022 TOU.

15. Thumbtack's Terms of Use also updated in September 2020, and on June 9, 2025. Littlejohn assented to both versions of the Terms of Use by continuing to use the Thumbtack platform 30 days after receiving notice thereof.

16. To date, Littlejohn has never opted out of a Thumbtack arbitration agreement.

I declare under penalty of perjury under the laws of United States that the foregoing statements are true and correct.

Executed this 17th Day of September 2025.

DocuSigned by:
Ashlee Atkinson
4A4E1D76B029468...

Ashlee Atkinson
Lead Case Manager, Trust and Safety
Thumbtack Inc.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Dwayne Curtis Littlejohn,<br>Plaintiff,<br>v.<br>Thumbtack, Inc.,<br>Defendant. | Case No. 3:25-cv-01065-WWB-MCR |

**CERTIFICATION OF SIGNATURE**

I certify that I have the signed original of this document (the Declaration of Ashlee Atkinson) that is available for inspection during normal business hours by the court or a party to this action.

*/s/ Nicholas J. Secco*

*One of the Attorneys for Defendant Thumbtack Inc.*