# Exhibit B

# Terms of Use (currently effective)

Last Updated: November 7, 2022

**IMPORTANT NOTICE: THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER. IT AFFECTS YOUR LEGAL RIGHTS AS DETAILED IN THE ARBITRATION AND CLASS ACTION WAIVER SECTION BELOW. PLEASE READ CAREFULLY.**

## ACCEPTANCE OF THESE TERMS

This Terms of Use Agreement ("Terms"), including the BINDING ARBITRATION AND CLASS ACTION WAIVER CONTAINED HEREIN govern your access to, use of, and participation in the Platform made available by Thumbtack, Inc. or any of its subsidiaries (collectively, and including such entities operating under any other names (including Setter), "Thumbtack," "we," "our," or "us") or through Thumbtack and the entirety of your relationship with Thumbtack. YOU UNDERSTAND AND AUTHORIZE THUMBTACK TO USE YOUR INFORMATION TO OBTAIN BACKGROUND CHECKS AND BUSINESS CREDIT CHECKS FROM OUR VENDORS AND/OR VERIFY YOUR IDENTITY THROUGHOUT YOUR USE OF THE SERVICE.

PLEASE READ THE TERMS THOROUGHLY AND CAREFULLY. BY USING THE PLATFORM, YOU AGREE TO BE BOUND BY THESE TERMS. IF YOU DO NOT AGREE TO THESE TERMS, THEN YOU MAY NOT ACCESS OR USE THE PLATFORM.

All references to "you" or "your," as applicable, mean the person who accesses, uses, and/or participates in the Platform in any manner, and each of your heirs, assigns, and successors. If you use the Platform on behalf of an entity, you represent and warrant that you have the authority to bind that entity, your acceptance of the Terms will be deemed an acceptance by that entity, and "you" and "your" herein will refer to that entity, its directors, officers, employees, and agents.

## MODIFICATIONS

Thumbtack reserves the right, in our sole discretion, to modify these Terms, and any other documents incorporated by reference herein, at any time and without prior notice. Thumbtack will notify you of changes by posting on the Thumbtack Terms of Use website and may also, in our sole discretion, notify you by sending you a message and/or otherwise notifying you when you are logged into your account. Modifications will become effective 30 days after the earliest of: (a) modifications being posted on the Platform; (b) Thumbtack's transmission of a message to you about the modifications; or (c) you are otherwise notified when you are logged into your account. Your use of the Platform after the expiration of the 30 days will constitute your consent to the changes. If you do not agree, you may not access or use the Platform.

## ADDITIONAL TERMS AND POLICIES

Please review Thumbtack's Privacy Policy , incorporated herein by reference, for information and notices concerning Thumbtack's collection and use of your information. The provision and delivery of text messages by Thumbtack or our text message service providers is governed by our SMS Terms and Conditions, which are expressly incorporated herein. The "Thumbtack Guarantee" is governed by the Thumbtack Guarantee Terms and Conditions, which are expressly incorporated herein. Please review the full set of key Thumbtack policies that govern your use of the Platform and our interactions with you and third-parties. Certain areas of and/or products on the Platform may have different terms and conditions posted or may require you to agree with and accept additional terms and conditions or policies. If there is a conflict between these Terms and the terms and conditions or policies posted for a specific area or product, the latter take precedence with respect to your use of that area or product.

## KEY TERMS

"Collective Content" means User Content and Thumbtack Content together.

"Content" means text, graphics, images, music, software, audio, video, information or other materials, including but not limited to profile information, Pro Services requests, quotes, message threads, reviews, scheduling and calendar information, and other information or materials available on or through the Platform.

"Consumer" means a User who is registered to search for Service Professionals on the Platform, seeks Pro Services from Service Professionals on the Platform, makes a booking with a Service Professional to purchase a Pro Service (or receive a quote in contemplation thereof), is registered for or undergoes a home specialist consultation or similar service with respect to their home, utilizes a Thumbtack plan to track maintenance on a home, is a Thumbtack Plus member, or otherwise uses the Platform to, or agrees to these Terms in order to, receive, pay for, review, or facilitate the receipt of Pro Services. Because a Consumer may be, or may become, a customer of a Service Professional, a Consumer is often referred to as a “customer” or a “Customer” on the Platform and in marketing materials related to the Platform.

"Fee" means any amount charged by Thumbtack to a User in connection with the Platform.

"Platform" means all Thumbtack websites, mobile or other applications, software, processes, video consultations, subscription services, and any other services provided by or through Thumbtack.

“Privacy Policy” means the Thumbtack Privacy Policy located at https://www.thumbtack.com/privacy/, including any amendments, supplements or modifications thereto made from time to time.

"Pro Services" means the services listed, quoted, scheduled, offered, fulfilled or provided by Service Professionals, or sought, scheduled, paid for, or received by Consumers, through the Platform.

"Service Professional" means a User who uses, or is registered to use, the Platform to offer, provide, receive payment for, or facilitate the provision of Pro Services. Service Professionals are often referred to as “pros” on the Platform.

"Thumbtack Content" means all Content Thumbtack makes available on or through the Platform, including any Content licensed from a third-party, but excluding User Content.

"User" means a person or entity who completes Thumbtack's account registration process, agrees to these Terms, utilizes any services offered by or through the Platform, or a person or entity who submits or receives a request through Thumbtack, including but not limited to Service Professionals and Consumers.

"User Content" means all Content submitted, posted, uploaded, published, or transmitted on or through the Platform by any User or other user of the Platform, including but not limited to photographs, profile information, descriptions, postings, reviews, requests, messages, and payments made through the Platform, but excluding Thumbtack Content and Feedback.

## ELIGIBILITY, SERVICE PROFESSIONAL REPRESENTATIONS, WARRANTIES, AND USE OF THE PLATFORM

Access to and use of the Platform is available only to individuals who are at least 18 years old and can form legally binding contracts under applicable law. By accessing or using the Platform, you represent and warrant that you meet these requirements.

By registering or using the Platform to offer, post, or provide Pro Services, Service Professionals represent and warrant that they, and the employees, agents, suppliers contractors, and subcontractors who may perform work for them, are properly and fully qualified and experienced, and licensed, certified, bonded, and insured, as required by applicable laws or regulations to which they may be subject in the jurisdiction(s) in which they offer their Pro Services and in relation to the specific job they are performing. Service Professionals otherwise agree to comply with all applicable laws, including the California Consumer Privacy Act, any other applicable privacy laws, and the Telephone Consumer Protection Act, in their use of the Platform and any personal information obtained from the Platform.

Thumbtack does not sell or otherwise provide Pro Services. Thumbtack may directly provide home project consultations and related on-Platform services to Consumers, but any Pro Services solicited as a result of any such consultations or on-Platform services are provided by an independent Service Professional without any representation or warranty from Thumbtack other than as expressly provided for herein. Thumbtack also facilitates Pro Service transactions, which facilitation may include displaying a list of Service Professionals profiles, allowing Consumers and Service Professionals to send messages to each other, allowing for the booking of an appointment for the provision of Pro Services, assisting in the selection of a Service Professional for certain Consumers, and processing payment for certain Pro Services. Consumers understand that any such facilitation does not constitute a warranty in relation to the Pro Services. Service Professionals understand and agree that using the Platform does not guarantee that anyone will engage them for Pro Services. Consumers understand that any Pro Services they solicit and/or pay for using the

Platform are solicited directly from the Service Professional providing such Pro Services.

Service Professionals understand and agree that they are customers of Thumbtack, and are not Thumbtack employees, contractors, consultants, joint venturers, partners, or agents. Service Professionals acknowledge that they provide their own equipment, select their own jobs, develop their own expertise, are free to do jobs through other platforms and lead sources, and determine their own work schedule. Thumbtack does not control, and has no right to control, the services a Service Professional provides (including the details of how the Service Professional provides such services) if the Service Professional is engaged by a Consumer or any other person, except as specifically noted herein or on the Platform.

Thumbtack, as permitted by applicable laws, obtains reports regarding Service Professionals, which may include history of criminal convictions or sex offender registration, and we may limit, block, suspend, deactivate, or cancel a Service Professional's account based on the results of such a report, without or without notice. As a Service Professional, you agree and authorize us to use your personal information, such as your full name and date of birth, to obtain such reports from Thumbtack's vendors. Service Professionals agree to inform Thumbtack of any material criminal convictions that occur after any such reports are run.

## ACCOUNT REGISTRATION AND OTHER SUBMISSIONS

Users may access the Platform without registering for an account. To access and participate in certain features of the Platform, you will need to create a password-protected account ("Account"). You may register for an Account using certain third-party account and log-in credentials (your "Third-Party Site Password"), such as your Facebook or Google credentials. You agree to provide accurate, current, and complete information during the registration or request submission process and at all other times when you use the Platform, and to update information to keep it accurate, current, and complete. You are solely responsible for safeguarding your Thumbtack password and, if applicable, your Third-Party Site Password. You are solely responsible for all activity that occurs on your Account, and you will notify Thumbtack immediately of any unauthorized use. Thumbtack is not liable for any losses by any party caused by an unauthorized use of your Account. You are liable for the losses of Thumbtack or others due to any unauthorized use of your account related to your failure to comply

with these Terms. Your account is nontransferable except with Thumbtack's written permission and in accordance with Thumbtack policies and procedures.

## YOUR LICENSE TO USE THE PLATFORM

Subject to your compliance with these Terms, Thumbtack grants you a limited, non-exclusive, revocable, nontransferable, and non-sublicensable license to reproduce and display Collective Content (excluding any software source code) solely for your personal and non-commercial use and only in connection with your access to and participation in the Platform. You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast or otherwise exploit the Platform or Collective Content, except as expressly permitted in these Terms. The Platform and Collective Content are provided to you as is. If you download or print a copy of Collective Content for personal use, you must retain all copyright and other proprietary notices contained thereon. No licenses or rights are granted to you by implication or otherwise regarding any intellectual property rights owned or controlled by Thumbtack or our licensors, except for the licenses and rights expressly granted in these Terms.

## USER CONTENT

We may, in our sole discretion, permit you to post, upload, publish, submit or transmit User Content. The contents of private messaging through the Platform will not be used by Thumbtack in public advertising. By making available any User Content on or through the Platform, you hereby grant to Thumbtack a worldwide, irrevocable, perpetual, non-exclusive, transferable, royalty-free license, with the right to sublicense, to use, copy, adapt, modify, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast, access, view, and otherwise utilize such User Content on, through, by means of or to promote, market or advertise the Platform or Pro Services, or for any other purpose in our sole discretion. In the interest of clarity, the license granted to Thumbtack will survive termination of the Platform or your Account. Thumbtack does not claim ownership rights in your User Content and nothing in these Terms will be deemed to restrict rights that you may have to use and exploit any such User Content submitted, posted, uploaded, published, or transmitted on or through the Platform by you.

You acknowledge and agree that you are solely responsible for all User Content that you make available on or through the Platform. Accordingly, you represent and warrant that: (a) you either are the sole and exclusive owner of all User Content that you make available on or through the Platform or you have all rights, licenses, consents and releases that are necessary to grant to Thumbtack the rights in such User Content, as contemplated under these Terms; and (b) neither the User Content nor your posting, uploading, publication, submission or transmittal of the User Content or Thumbtack's use of your User Content (or any portion thereof) on, through or by means of the Platform will infringe, misappropriate or violate a third-party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation. While Thumbtack has no obligation to do so, you agree that Thumbtack may edit and/or withdraw your User Content, and you understand it remains your sole responsibility to monitor your User Content and ensure that such edited Content is accurate and consistent with your representations and warranties in these Terms.

Thumbtack reserves the right, at any time and without prior notice, to remove or disable access to User Content that we, in our sole discretion, consider to be objectionable, in violation of these Terms or otherwise harmful to the Platform or Users, or for any other reason.

## PROHIBITIONS

As a User of the Platform, you may not:

- Use another person's Account, misrepresent yourself or Pro Services offered through the Platform, misrepresent your identity or qualifications, misrepresent a project or other information in a quote request, or post Content in any inappropriate category or areas on the Platform;
- Use any automated system including but not limited to robots, spiders, offline readers, or scrapers to access the Platform for any purpose without Thumbtack's prior written approval; provided, that the operators of public search engines may use spiders or robots to copy materials from the Platform for the sole purpose of creating publicly available searchable indices of the materials, but not caches or archives of such material (Thumbtack reserves the right to revoke these exceptions either generally or in specific cases);

- Copy text, or otherwise misuse or misappropriate Platform information or Content in any manual or automated manner including but not limited to, for use on a mirrored, competitive, or third-party site;

- Take any action that (a) may unreasonably encumber the Platform's infrastructure; (b) interferes or attempts to interfere with the proper working of the Platform or any third-party participation; (c) bypasses measures that are used to prevent or restrict access to the Platform; (d) circumvents, disables or otherwise interferes with security features of the Platform; (e) distributes viruses or any other technologies that may harm Thumbtack or our Users; (f) uses the Platform in a way that violates any copyrights, trade secrets, or other rights of any third-party, including privacy or publicity rights; or (g) circumvents or manipulates the Fee structure, billing, or Fees owed;

- Use the Platform in any manner that circumvents, or that may be intended to circumvent, your obligation to pay Thumbtack for access to services provided by the Platform or by Service Professionals;

- Notwithstanding anything to the contrary contained in these Terms, collect, harvest, publish, or “sell” any personal information (as that term is defined by the California Consumer Privacy Act and/or any similar law or regulation), including but not limited to information related to Users for any reason not explicitly authorized by these Terms, including commercial solicitation purposes;

- Violate any applicable laws or regulations;

- Fail to comply with a User’s requests (including, those made on their behalf by Thumbtack) to no longer receive phone calls, text messages, e-mails or any other communications from you;

- Recruit, solicit, or contact in any form Service Professionals or Consumers for employment or any other use not specifically intended by the Platform;

- Take any inappropriate or unlawful actions, including the submission of inappropriate or unlawful Content to or through the Platform, including Content that is harassing, hateful, illegal, profane, obscene, defamatory, threatening, or discriminatory, or that advocates, promotes, or encourages inappropriate activity, conduct that would be considered a criminal offense, or conduct that would give rise to civil liability or violate any law;

- Violate in any material respect any Thumbtack policies that govern your use of the Platform and our interactions with you and third-parties;

- Advertise or solicit a Pro Service not related to or appropriate for the Platform including, but not limited to any Pro Service that (a) is not in supported categories or provides only products; (b) provides directories or referrals; (c) offers lending; (d) offers rental space; (e) promotes events (such as a party or professional convention); (f) competes with the business of Thumbtack; (g) is based outside the United States; (h) promotes or offers Ponzi schemes, junk mail, spam, chain letters, pyramid schemes, affiliate marketing or unsolicited commercial content, discount cards, credit counseling, online surveys or contests, raffles, prizes, bonuses, games of chance or giveaways; or (i) offers a Pro Service not reasonably available to a Consumer or other individual in that Consumer or individual's location;

- Submit User Content that damages the experience of any User including but not limited to (a) requests to download non-Thumbtack mobile applications and/or links that direct the User to mirrored websites where the User must enter information that is redundant with what has already been entered on Thumbtack, (b) offers to purchase a Pro Service or any other service outside of Thumbtack, or (c) using a profile page or User name to promote services not offered on or through the Platform;

- Take any action that may undermine the efficacy or accuracy of reviews or ratings systems;

- Fail to perform Pro Services purchased from you as promised, unless the applicable Consumer fails to meet a material term of the applicable agreement for such Pro Services (including by refusing to pay);

- Seek to charge a Consumer for Pro Services when payment has already been, or is scheduled to be, initiated through Thumbtack;

- Engage in fraudulent conduct, including but not limited to offering to make money transfers with intent to request a refund of any portion of the payment or soliciting Users to mail cash or use other payment methods prohibited by Thumbtack;

- Sign up for, negotiate a price for, use, or otherwise solicit a Pro Service with no intention of following through with your use of or payment for the Pro Service;
- Agree to purchase a Pro Service when you do not meet a Service Professional's requirements;
- Create more than one Consumer or Service Professional Thumbtack account without our written permission;
- Circumvent, or seek to circumvent, payment through the Platform where payment through the Platform is indicated to you as mandatory or is initiated by a Consumer;
- Fail to comply with any applicable laws or regulations related to your use of the Platform;
- Share a Thumbtack Plus subscription across multiple households;
- Seek to circumvent the terms of, or abuse, your Thumbtack Plus subscription;
- Undertake any activity or engage in any conduct that is inconsistent with the business or purpose of the Platform; and
- Attempt to indirectly undertake any of the foregoing.

## THUMBTACK BUDGET, FEES, AND TAXES

In connection with the use of Thumbtack's Platform, Thumbtack charges Fees.

Service Professionals can pay Fees to Thumbtack in order to receive certain services on the Platform, including but not limited to receiving contacts, bookings or payments from Consumers or other individuals. As a Service Professional, Thumbtack will automatically charge your stored payment method when those Consumers or other individuals contact you or make a booking with you concerning a Pro Service that matches the targeting preferences you set with us. Thumbtack may also charge other types of Fees that you have previously agreed to (for example, cancellation fees or fees for services such as Front Desk) to your stored payment method or as deduction from your Thumbtack balance. Fees may also be deducted from the total amount a Consumer pays for a particular Pro Service. In order to use Thumbtack, you must have

at least one valid payment method stored on file and the storage of such payment method is subject to our Stored Payment Terms and Conditions. As described more fully below, you may also be required to set a weekly spending limit or Budget (as defined below). Except as otherwise described herein or in our Refund Policy, all sales and Fees on Thumbtack are final and non-refundable.

*Budget for Service Professionals*. As a Service Professional, Thumbtack may require you to set one or more weekly spending limits ("Budgets") for how much you are willing to spend on certain Fees over a specific period ("Budget Period"). The types of leads or other Fees that count against your Budget will be disclosed to you at the time you set your Budget. You understand that Thumbtack may charge your stored payment method in excess of your Budgets if such charges relate to Fees not covered by your budget (including for "opportunities" contacts or for commission-based Fees), or if you otherwise give Thumbtack permission to do so. You will not be charged the Budget amount upfront or automatically - your Budget is not a subscription. Rather, you will be charged Fees (as further described below) and the types of Fees covered by a Budget will not exceed your specified Budget without your permission. While Thumbtack may provide an estimate for the number of Consumers who may contact you if you set a particular Budget for a particular Budget Period, or if you otherwise set a certain spending preference, you acknowledge and agree that any such estimate is not a guarantee, that Thumbtack does not and cannot control any Consumer or other individual's interest in contacting or hiring you, and that actual results will vary.

We will identify the length of the Budget Period when you set your Budget. The length of the Budget Period will not change within a given Budget Period but may be changed for subsequent Budget Periods. If a Budget Period length changes, you can adjust your Budget. If you do not do so, Thumbtack will automatically pro-rate your then-current Budget to the length of the new period. For example, if you indicate you are willing to spend $100 for a one-week Budget Period, the Budget Period shifts to two weeks, and you do not make changes manually, your Budget will automatically be adjusted to $200 for the two-week Budget Period. You can change your Budget for a Budget Period at any time, including in the middle of a Budget Period, subject to the terms of this paragraph and what you have already spent. If you do not change your Budget in advance of a subsequent Budget Period, your Budget from the then-current Budget Period will automatically be used for that subsequent Budget Period, subject to the foregoing.

*Timing of Charges for Service Professionals on Thumbtack*. As a Service Professional using Thumbtack, there are different points at which your payment method may be charged:

If You Lack Sufficient Purchasing History on Thumbtack

If you are new to Thumbtack or do not have a sufficient purchasing history on the Platform as determined in Thumbtack's sole and absolute discretion, your payment method may be charged each time you are contacted or booked by a Consumer or other individual and you do not have an adequate Thumbtack balance to cover the cost of that contact.

If You Have a Sufficient Purchasing History On Thumbtack

Once Thumbtack determines, in our sole and absolute discretion, that you have sufficient purchasing history on Thumbtack, Thumbtack may charge your payment method periodically for the total Fees accrued when Consumers or other individuals contact you. Specifically, Thumbtack may charge your payment method each time (a) a specific time period has passed; and/or (b) within that time period, each time the total Fees accrued hit a certain dollar threshold. The frequency of charges may not match the Budget Period described above. Thumbtack may adjust both the specific time period and the dollar threshold that trigger charges in our sole and absolute discretion. Thumbtack may also, in our sole and absolute discretion, revert to charging your payment method each time you are contacted by a Consumer or other individual and you do not have an adequate Thumbtack balance to cover the cost of that contact.

Thumbtack may offer certain services or features with payment timing that differs from, or is not applicable to, the above.

*Default Payment Method*. For ordinary charges from Service Professionals, Thumbtack will first attempt to charge the default payment method. In the event that Thumbtack is unable to charge that payment method for any reason--including but not limited to exceeding a payment method's credit limit, payment method cancellation, a payment method being out of date, or payment method details being incorrect--you agree that Thumbtack may charge any other payment method associated with your account and take any other action to collect payment from you. If your payment details change, your card provider may provide us with updated card details. We may use these new details in order to help prevent any interruption to the Pro Services. If Thumbtack is

unable to charge the default payment method, Thumbtack may attempt to charge any other payment methods associated with your Account in any order.

*Penalty Fees for All Users*. Thumbtack may also charge penalty Fees for fraud, misconduct, late payment or other violations of these Terms, as determined in our sole discretion. Information about current penalty Fees is available in the help center.

In addition, Thumbtack may charge certain penalty Fees disclosed directly in the Platform, including cancellation Fees.

You agree to pay all applicable Fees or charges based on the Fee and billing terms then in effect, regardless of whether you have an active Account. Charges will be made to the payment method designated at the time you accrue a Fee. If you do not pay on time or if Thumbtack cannot charge a payment method for any reason, Thumbtack reserves all rights permissible under law to recover payment plus all costs and expenses incurred, including reasonable attorneys' fees, in our pursuit of payment. If any Fee is not paid in a timely manner, or we are unable to process your transaction using the payment method provided, we reserve the right to terminate or suspend your Account.

You explicitly agree that all communication in relation to delinquent accounts or Fees due will be made by electronic mail or by phone. You agree that all notices, disclosures, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing. You agree that you have the ability to store such electronic communications such that they remain accessible to you in an unchanged form. You agree to keep your contact information current, including but not limited to your email address and phone number. Such communication may be made by Thumbtack or by anyone on our behalf, including but not limited to a third-party collection agent. If you cancel your Account at any time, you will not receive any refund. If you have a balance due on your Account, you agree that Thumbtack may charge such unpaid Fees to any payment method or otherwise bill you for such unpaid Fees.

*Taxes*. Payments required by these Terms may be stated exclusive of all taxes, duties, levies, imposts, fines or similar governmental assessments, including sales and use taxes, value-added taxes, goods and services taxes, excise, business, service, and similar transactional taxes imposed by any jurisdiction and the interest and penalties thereon (collectively, “Taxes”). Certain jurisdictions, however, may require us to collect Taxes from you in connection with the purchase of, payment for, access to, facilitation

of or use of the Pro Services, and you will be responsible for and bear Taxes associated with the purchase of, payment for, access to, or use of the Pro Services. Charges are inclusive of applicable Taxes where required by law. You hereby confirm that Thumbtack can determine your appropriate jurisdiction for tax purposes however it deems appropriate or as required by law, and you agree to pay taxes to Thumbtack when Thumbtack includes a charge for taxes on any invoice. You also understand and agree that you are solely responsible for determining your own tax reporting and sales and use tax collection requirements in consultation with your own tax advisers, and that we cannot and do not offer specific tax advice to either Service Professionals or Consumers.

## TRACKING COMMUNICATIONS

In order to ensure appropriate charging of Fees and compliance with these Terms, Thumbtack may track the occurrence of communications between Consumers and Service Professionals that occur off of the Platform via email, phone call, SMS text message, third-party websites, or any other means, whether initiated by a Consumer or Service Professional. In order to track the occurrence of such communications, Thumbtack may obscure Service Professional contact information in a Service Professional profile, replace Service Professional contact information in a Service Professional profile with a different piece of contact information that will forward to the Service Professional, or take any other step reasonably calculated to track the occurrence of such communications. Except as explicitly stated herein, we will not record or review the content of any communications that do not come into contact with the Thumbtack Platform unless we first obtain your permission.

If you send text messages with a Consumer or Service Professional using the telephone number for that User available on the Platform, we may use a third-party service provider to track these text messages. We track these text messages for fraud prevention, to ensure appropriate charging of Fees, to enforce these Terms, and for quality and training purposes. As part of this process, Thumbtack and our service provider will receive in real time and store data about your text message, including the date and time of the text message, your phone number, and the content of the text message.

## THUMBTACK PLUS

Thumbtack Plus is a subscription-based, online service available to certain Consumers. If you subscribe to Thumbtack Plus and your account is fully-paid and in good standing, you are eligible to receive benefits outlined here, which may change at any time. At the end of your Thumbtack Plus subscription, your subscription will automatically renew for periods of the same length as your original subscription unless you opt-out at least five business days prior to such automatic renewal by providing notice to Thumbtack by choosing "turn off auto-renew" option on your Thumbtack Plus membership page or by contacting Thumbtack customer service. Thumbtack may choose to discontinue the Thumbtack Plus service at any time, in which case subscribers will be refunded a prorated amount of their subscription fee based on the portion of your subscription that has elapsed to that point. Subscribers may cancel their subscription at any time, but the subscription fee is nonrefundable. Thumbtack Plus is available to consumer households only. Businesses, property managers, landlords and other similar persons may not utilize Thumbtack Plus and any attempt to do so will disqualify them from the Thumbtack Plus benefits. Thumbtack Plus subscriptions are subject to these Terms and any information you share in connection therewith is subject to the Privacy Policy. You understand that if you violate the Terms, Thumbtack may terminate your Thumbtack Plus subscription without any refund of your Thumbtack Plus subscription fee or otherwise.

## MARKETPLACE PAYMENTS

The Thumbtack platform may facilitate payments between Consumers and Service Professionals ("Marketplace Payments") through our payment processing partner Stripe, but Thumbtack is not a party to any such Marketplace Payments or any Pro Services related thereto. Unless otherwise indicated, Marketplace Payments may be made for services only; Marketplace Payments for tangible personal property is prohibited. By agreeing to these terms or continuing to operate as a Service Professional on the Platform, you hereby appoint Thumbtack to act as your agent for the limited purpose of facilitating and receiving Marketplace Payments on your behalf through Stripe as contemplated herein. You acknowledge and agree that, subject to any rights you have pertaining to Marketplace Payment disputes, once a Marketplace Payment has been made through the Thumbtack Platform, the payment obligation of the payor User shall be deemed satisfied by the payee User upon receipt of the Marketplace Payment by Thumbtack as though the payor User had made the Marketplace Payment directly to the payee User.

Thumbtack does not offer any professional services directly or indirectly unless specified in a separate contract to which Thumbtack is a direct party. Any time a Consumer pays for or books Pro Services on the Platform or receives a quote in connection with Pro Services, such Consumer is contracting directly with the Service Professional offering such Pro Service. **Notwithstanding any facilitation of booking or payment, you understand and agree that Thumbtack (i) does not sell, offer, provide or subcontract any Pro Service and (ii) is not liable in any way for any Pro Service, except to the extent expressly set forth in the Thumbtack Guarantee (which guarantee is provided in connection with Thumbtack's role as a marketplace only, not in a role of provider of Pro Services).** Notwithstanding Thumbtack's role as a payment facilitator, each Service Professional who receives Marketplace Payments understands and agrees that they are obligated to perform the Pro Service as outlined in their agreement with the Consumer and work to remedy any material deviations from such contract.

Service Professionals who receive Marketplace Payments from Consumers on Thumbtack must agree to the Stripe Connected Account Agreement, which includes the Stripe Services Agreement. Service Professionals should never agree to receive a Marketplace Payment, or perform services in expectation thereof, before they have confirmed that they can comply with such Stripe agreements and, in particular, Service Professionals should note that they will need a social security number or employer identification number in order to receive Marketplace Payments. As a Service Professional, by agreeing to these terms or continuing to operate as a Service Professional on Thumbtack, you agree to be bound by the Stripe Connected Account Agreement and Stripe Services Agreement, as those agreements may be modified by Stripe from time to time. As a condition of receiving payment processing services through Stripe, you agree to provide Thumbtack with accurate and complete information about you and your business, and you authorize Thumbtack to share this information and transaction information related to your use of the payment processing services provided by Stripe. Service Professionals also agree that Thumbtack may debit their Stripe account in connection with disputes with Consumers. Thumbtack reserves the right to process such debits and to withhold final payments until Thumbtack has investigated disputes. Thumbtack may make a final decision on disputes in their sole discretion and, as a Service Professional, you understand that all Marketplace Payments you may earn on the Platform are subject to such decisions. Additionally, Service Professionals agree that Thumbtack may reverse payments that have been made to a Service Professional's Stripe Connected Account when a customer refund or guarantee payout is warranted, including in connection with such Service Professional's actions or inactions that are prohibited by these Terms.

As a Consumer making a Marketplace Payment through Stripe, you agree to pay all amounts you owe when due using your preferred payment method. You further authorize Stripe to charge your preferred payment method for amounts you owe when they are due, whether they are recurring or one-time payments. You must keep all payment information you provide us up-to-date, accurate and complete. When you store a payment method with us, you agree to our Stored Payment Terms and Conditions. Do not share your payment card, bank account or other financial information with any other User. We take steps to secure all payment methods and other personal financial information, but we expressly disclaim any liability to you, and you agree to hold us harmless for any damages you may suffer as a result of the disclosure of your personal financial information to any unintended recipients.

Thumbtack may enable you to make Marketplace Payments using credit, debit, or prepaid cards, by linking your bank account, or by any other payment method we support. We reserve the right to cancel your ability to make payments with one or more of the payment methods you have authorized in our sole and absolute discretion.

If you choose your bank account as your Marketplace Payment method, you authorize Stripe to make Automated Clearing House ("ACH") withdrawals from your bank account, and to make any inquiries we consider necessary to validate any dispute involving payments you make to us or to a User, which may include ordering a credit report and performing other credit checks or verifying the information you provide us against third-party databases. You authorize Thumbtack or our provider to initiate one or more ACH debit entries (withdrawals) or the creation of an equivalent bank draft for the specified amount(s) from your bank account, and you authorize the financial institution that holds your bank account to deduct such payments. You also authorize the bank that holds your bank account to deduct any such payments in the amounts and frequency designated in your Account. Your authorization will remain in effect until canceled in writing by you. You agree to notify us of any changes to your account information or termination of your authorization at least five days prior to your next payment.

If your full payment is not processed by us at the same time, you hereby authorize partial debits from your bank account, not to exceed the total amount of your order. You agree to pay any ACH fees or fines you or we incur associated with transactions you authorize. This return fee will vary based on which state you are located in. The return fee may be added to your payment amount and debited from your bank account if we resubmit an ACH debit due to insufficient funds. We may initiate a collection

process or legal action to collect any money owed to us. You agree to pay all our costs for such action, including any reasonable attorneys' fees. Federal law limits your liability for any fraudulent, erroneous, or unauthorized transactions from your bank account based on how quickly you report it to your financial institution. You must report any fraudulent, erroneous or unauthorized transactions to your bank no more than 60 days after the disputed transaction appeared on your bank account statement. Please contact your bank for more information about the policies and procedures that apply unauthorized transactions and the limits on your liability.

*Marketplace Payment Disputes*: All requests for Marketplace Payment chargebacks, errors, claims, refunds and disputes ("Payment Disputes") will be subject to review by Thumbtack in accordance with the rules applicable to the payment method you used to make the Marketplace Payment and will be in Thumbtack's absolute discretion. Thumbtack is not liable to you under any circumstances for Payment Disputes we are unable to resolve in your favor. We will normally process a valid written Payment Dispute request within 30 days after we receive it, unless a shorter period is required by law. You may file a Payment Dispute by emailing it to Thumbtack support at support@thumbtack.com. If you close or deactivate your Account before we adjudicate your Payment Dispute, we will not be able to issue you any amounts you are owed. We will attempt to pay you any Payment Disputed amounts you are owed using the method with which you made the disputed payment, but we cannot guarantee that we will be able to do so if your payment method information is inaccurate, incomplete, or has been canceled.

If your actions result in, or are likely to result in, a Payment Dispute, a violation of these Terms of Use or the creation of other risks to Thumbtack or our payment processing partners, or if we determine that your Account has been used to engage in deceptive, fraudulent, or illegal activity, then we may permanently withhold any amounts owed to you in our sole discretion. If you have a past due balance due on any Account, or for any additional amounts that we determine you owe us, we may, without limiting any other rights or remedies: (a) charge one or more of your payment methods; (b) offset any amounts you owe us against amounts you may be owed; (c) invoice you for amounts due to us, which such amounts will be due upon receipt; (d) reverse or block any credits to your bank account; or (e) collect payment from you by any other lawful means.

If you fail to make Marketplace Payments you owe when due, or if Thumbtack is unable to charge one of your payment methods for any reason, Thumbtack reserves all rights permissible under law to recover payment and all costs and expenses incurred,

including reasonable attorneys' fees and related costs, in our pursuit of payment. You explicitly agree that all communication in relation to delinquent accounts or overdue payments will be made by electronic mail or by phone. Such communication may be made by Thumbtack or by anyone on our behalf, including but not limited to a third-party collections agent.

Thumbtack may, from time to time, place a hold on any of your payment methods in order to prevent failed payments or in order to reverse your booking.

## THUMBTACK PROMOTIONS

You may receive certain offers from Thumbtack ("Promotions"), including but not limited to discounted or free use of the Platform for a limited period, discounts on or credits towards payments made for Pro Services, and discounts or credits in relation to referrals. Any Promotions are offered at Thumbtack's discretion, and may be revoked at any time and for any reason. Note that any attempt (as determined by Thumbtack in its sole discretion) to game, fraud, or in any way circumvent terms of a promotion is grounds for revocation, including but not limited to providing false information or utilizing multiple User accounts.

You are only eligible for any benefits described in the Promotion if (a) you received a communication directly from Thumbtack offering you that Promotion, (b) you satisfy all the requirements identified in that communication; and (c) you maintain an account in good standing with Thumbtack. We may condition receipt of a benefit described in a Promotion in any manner we see appropriate, including limiting eligibility to a subset of Users, to specific categories, or to certain dates. To be eligible for a benefit described in a Promotion, you may need to take a specific action (including but not limited to signing up for a service) or make a payment for specific services. Except where otherwise noted, Promotions are for one-time use only and cannot be stacked (i.e. a User may only use one Promotion per project).

Any benefits from participating in the Promotion, requirements of accepting the offer, and any other conditions to receive any benefit described in the Promotion will be disclosed to you. After a Promotion ends, regardless of whether you have already satisfied the requirements, you will be ineligible to receive those benefits. Notwithstanding anything to the contrary, Thumbtack may revoke a benefit if we believe that you have not satisfied the Promotion requirements, including maintaining an Account in good standing.

## SPONSORED INFORMATION

Thumbtack may publicly display advertisements, paid content, and other sponsored information. The manner, mode, and extent of such advertising are subject to change without specific notice to you. Service Professionals may compensate Thumbtack to highlight themselves in search results and therefore rank higher. Any such Service Professionals will be clearly designated in applicable search results. Thumbtack may impose certain quality-related standards for Service Professionals to qualify as for a search rankings boost, which standards may be enforced and/or changed at any time.

## DISPUTES BETWEEN OR AMONG USERS

Thumbtack values our Service Professionals and Consumers, and we understand that occasionally disputes may arise between or among them. Our goal is to provide tools to help Users resolve such disputes independently. In the rare event a dispute regarding an interaction related to the Platform cannot be resolved independently, you agree, at Thumbtack's request, to participate in good faith, to the extent you are reasonably able to do so, in a neutral resolution or mediation conducted by Thumbtack or a neutral third-party mediator or arbitrator selected by Thumbtack. Notwithstanding the foregoing, you acknowledge and agree that Thumbtack is under no obligation to become involved in or impose resolution in any dispute between or among Users or any third-party.

## INTELLECTUAL PROPERTY RIGHTS

Thumbtack Content is protected by copyright, trademark, patent, and other laws of the United States, foreign countries, and international conventions. Except as expressly provided in these Terms, Thumbtack and our licensors exclusively own all right, title, and interest in and to the Platform and Thumbtack Content, including all associated intellectual property rights. All trademarks, service marks, logos, trade names and any other proprietary designations of Thumbtack used herein are trademarks or registered trademarks of Thumbtack. Any other trademarks, service marks, logos, trade names and any other proprietary designations are the trademarks or registered trademarks of their respective owners.

## FEEDBACK

By sending us any feedback, comments, questions, or suggestions concerning Thumbtack or our services, including our Platform (collectively, "Feedback") you represent and warrant (a) that you have the right to disclose the Feedback, (b) that the Feedback does not violate the rights of any other person or entity, and (c) that your Feedback does not contain the confidential or proprietary information of any third-party or -parties. By sending us any Feedback, you further (i) agree that we are under no obligation of confidentiality, express or implied, with respect to the Feedback, (ii) acknowledge that we may have something similar to the Feedback already under consideration or in development, (iii) grant us an irrevocable, non-exclusive, royalty-free, perpetual, worldwide license to use, modify, prepare derivative works, publish, distribute and sublicense the Feedback, and (iv) irrevocably waive, and cause to be waived, against Thumbtack and our Users any claims and assertions of any moral rights contained in such Feedback. This Feedback section will survive any termination of your Account or the Platform.

## COPYRIGHT POLICY

We expect Users to respect copyright law. In appropriate circumstances, we will terminate the Account of any User who repeatedly infringes or is believed to be repeatedly infringing the rights of copyright holders. Please see our Copyright & DMCA Policy for more information.

## NO ENDORSEMENT OR WARRANTY

Thumbtack does not endorse, warrant or make any representation (except those expressly and unambiguously made by Thumbtack directly on the Platform) concerning any User, or any Pro Services, and Thumbtack is not a party to any agreements between or among users, Users, or third-parties. **Thumbtack does not perform Pro Services and disclaims all liability with respect thereto except to the extent expressly set forth in the Thumbtack Guarantee**. No agency, partnership, joint venture, or employment is created as a result of the Terms or any user's or User's use of any part of the Platform, including but not limited to any scheduling or other services. Neither Thumbtack nor any Users or users of the Platform may direct or control the day-to-day activities of the other, or create or assume any obligation on behalf of the other. Users are required by these Terms to provide accurate information, and although Thumbtack may undertake additional checks and processes designed to help verify or check the identities or backgrounds of Users, we do not make any representations about,

confirm, or endorse any User or their purported identity or background, regardless of the specific Thumbtack services they are using or any involvement by Thumbtack personnel in providing or scheduling those services.

Thumbtack may provide tips, lists, suggestions or similar content (collectively, “Home Care Tips”) concerning popular home maintenance or improvement projects. Following Home Care Tips may help mitigate common home maintenance and safety issues, but Home Care Tips are not comprehensive, nor are they tailored to any User’s specific home. Any advice given in connection with Home Care Tips is provided based on generalized, public knowledge concerning home maintenance and safety and is not provided by experts. Home Care Tips should be considered only in conjunction with the advice of licensed experts and should never be construed as comprehensive. Thumbtack disclaims any warranties or representations with respect to Home Care Tips.

Any reference on the Platform or in any marketing to a User being licensed or credentialed in some manner, or "badged," “vetted”, “top rated”, "best of," "top," "background checked" (or similar language) designations indicates only that the User has completed a relevant account process or met certain review standards, and does not represent anything else. Thumbtack does not background every Service Professional that may provide Pro Services. Any such description is not an endorsement, certification or guarantee by Thumbtack and is not verification of a Service Professional’s identity and whether they or their Pro Services are licensed, insured, trustworthy, safe or suitable. Instead, any such description is intended to be useful information for you to evaluate when you make your own decisions about the identity and suitability of others whom you contact or interact with via the Platform. You should always exercise due diligence and care when deciding whether to have any interaction with any other User. Thumbtack offers a non-exhaustive list of safety tips to consider when hiring a Service Professional. Except as specifically described in the Thumbtack Guarantee and including its exclusions and limitations, Thumbtack has no responsibility for any damage or harm resulting from your interactions with other Users.

The Collective Content may contain links to third-party websites, media, offers, or other events/activities not owned or controlled by Thumbtack. We do not endorse or assume any responsibility for any such links, and if you access them, you do so at your own risk.

By using the Platform, you understand and agree that any legal remedy or liability that you seek to obtain for actions or omissions of other Users or other third-parties will be limited to a claim against those particular Users or other third-parties. You agree not to attempt to impose liability on or seek any legal remedy from Thumbtack with respect to such actions or omissions.

## SANCTIONS FOR VIOLATIONS OF THESE TERMS

Without limiting any other rights, Thumbtack may, in our sole discretion, take any action permitted by law for any violation of these Terms or any other policy or agreement between you and Thumbtack, including but not limited to removing User Content you posted, limiting your Account access, requiring you to forfeit certain funds (including by way of setoff of amounts processed or held by Thumbtack in connection with your use of the Platform), assessing monetary penalties or costs, terminating your Account, notifying other Users of the termination of your Account and/or the violation of these Terms, decreasing your status or search rank, canceling quotes or postings, blocking access, investigating you, and/or cooperating with law enforcement agencies in investigation or prosecution.

## ACCOUNT SUSPENSION OR TERMINATION

We may, in our discretion, with or without cause, with or without prior notice and at any time, limit, block, suspend, deactivate or cancel your Thumbtack Account in whole or in part. If we exercise our discretion under these Terms to do so, any or all of the following can occur with or without prior notice or explanation to you: (a) your Account will be deactivated or suspended, your password will be disabled, and you will not be able to access the Platform or your User Content, or receive assistance from Thumbtack support teams; (b) if appropriate in our sole discretion, we may communicate to other Users that your Account has been terminated, blocked, suspended, deactivated, canceled, or otherwise penalized in any way, and why this action has been taken; and (c) you will not be entitled to any compensation for Platform services or Pro Services canceled or delayed as a result of Account termination. You may cancel your use of the Platform and/or terminate your Account at any time by following the "Settings" link in your profile, clicking "Account," and clicking "Deactivate Account." Please note that if your Account is canceled, we do not have an obligation to delete or return to you any Content you have posted to the Platform, including, but not limited to, any reviews. Please see our Privacy Policy,

incorporated herein by reference, for information regarding data deletion requests following Account termination.

## ARBITRATION AND CLASS ACTION WAIVER

**PLEASE READ THIS SECTION CAREFULLY. IT AFFECTS YOUR LEGAL RIGHTS, INCLUDING YOUR RIGHT TO FILE A LAWSUIT IN COURT.**

You and Thumbtack agree that these Terms affect interstate commerce and that the Federal Arbitration Act governs the interpretation and enforcement of these arbitration provisions.

This Section is intended to be interpreted broadly and governs any and all disputes between you and Thumbtack, including but not limited to claims arising out of or relating to any aspect of the relationship between you and Thumbtack, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory; claims that arose before this Agreement or any prior agreement (including, but not limited to, claims related to advertising); and claims that may arise after the termination of this Agreement. The only disputes excluded from this broad prohibition are the litigation of certain intellectual property and small court claims, as provided below.

By agreeing to these Terms, you agree to resolve any and all disputes with Thumbtack as follows:

*Initial Dispute Resolution*: Most disputes can be resolved without resort to litigation. You can reach Thumbtack's support department at support@thumbtack.com. Except for intellectual property and small claims court claims, the parties agree to use their best efforts to settle any dispute, claim, question, or disagreement directly through consultation with the Thumbtack support department, and good faith negotiations will be a condition to either party initiating a lawsuit or arbitration.

*Binding Arbitration*: If the parties do not reach an agreed-upon solution within a period of thirty (30) days from the time informal dispute resolution is initiated under the Initial Dispute Resolution provision above, then either party may initiate binding arbitration as the sole means to resolve claims, subject to the terms set forth below. Specifically, all claims arising out of or relating to these Terms or previous versions of these Terms (including the Terms' or Privacy Policy's formation, performance, and

breach), the parties' relationship with each other, and/or your use of the Platform will be finally settled by binding arbitration, as described below.

Where the relief sought by you is $10,000.99 or less and you do not wish to bring the claim in small claims court, the arbitration will be conducted online by an online arbitration provider of our choosing in accordance with their applicable arbitration rules & procedures effective at the time a claim is made. Currently, you may initiate arbitration proceedings on the FairClaims website. You are responsible for your own attorneys' fees unless the arbitration rules and/or applicable law provide otherwise.

Where the relief sought is $10,001.00 or more, resolution will be in accordance with the JAMS Streamlined Arbitration Procedure Rules for claims that do not exceed $250,000.00 and the JAMS Comprehensive Arbitration Rules and Procedures for claims exceeding $250,000.00 in effect at the time the arbitration is initiated, excluding any rules or procedures governing or permitting class actions. To initiate an arbitration with JAMS, you must do the following: (a) write a Demand for Arbitration that includes a description of the claim and the amount of damages you seek to recover (you may find a copy of a Demand for Arbitration at www.jamsadr.com); (b) send three copies of the Demand for Arbitration, plus the appropriate filing fee, to JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California 94111; and (c) send one copy of the Demand for Arbitration to Thumbtack at 415 Natoma Street, Suite 1300, San Francisco, California 94103, ATTN: Legal. You will be required to pay $250 to initiate an arbitration against us. If the arbitrator finds the arbitration to be non-frivolous, Thumbtack will pay all other fees invoiced by JAMS, including filing fees and arbitrator and hearing expenses. You are responsible for your own attorneys' fees unless the arbitration rules and/or applicable law provide otherwise.

The arbitrator, and not any federal, state, or local court or agency, will have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability, or formation of these Terms or the Privacy Policy, including but not limited to any claim that all or any part of these Terms or Privacy Policy is void or voidable, whether a claim is subject to arbitration, or the question of waiver by litigation conduct. The arbitrator will be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award will be written and will be binding on the parties and may be entered as a judgment in any court of competent jurisdiction.

The parties understand that, absent this mandatory arbitration provision, they would have the right to sue in court and have a jury trial. They further understand that, in

some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

If you are a resident of the United States, arbitration may take place in the county where you reside at the time of filing. For individuals residing outside the United States, arbitration will be initiated in the state of California, United States. You and Thumbtack further agree to submit to the personal jurisdiction of any federal or state court in San Francisco County, California in order to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator.

*Class Action Waiver* The parties further agree that the arbitration will be conducted in their individual capacities only and not as a class action or other representative action, and the parties expressly waive their right to file a class action or seek relief on a class basis. YOU AND THUMBTACK AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provisions set forth above will be deemed null and void in their entirety and the parties will be deemed to have not agreed to arbitrate disputes.

*Exception: Litigation of Intellectual Property and Small Claims Court Claims*: Notwithstanding the parties' decision to resolve all disputes through arbitration, either party may bring enforcement actions, validity determinations or claims arising from or relating to theft, piracy or unauthorized use of intellectual property in state or federal court or in the U.S. Patent and Trademark Office to protect your or our intellectual property rights ("intellectual property rights" means patents, copyrights, moral rights, trademarks, trade dress, and trade secrets, but not privacy or publicity rights). Either party may also seek relief in a small claims court for disputes or claims within the scope of that court's jurisdiction.

*30-Day Right to Opt Out*: You have the right to opt out and not be bound by the arbitration and class action waiver provisions set forth above by sending (from the email address you use on Thumbtack) written notice of your decision to opt out to opt-out@thumbtack.com with the subject line, "ARBITRATION AND CLASS ACTION WAIVER OPT-OUT." The notice must be sent within thirty (30) days of the later of the Effective Date of these Terms or your first use of the Platform; otherwise, you will be

bound to arbitrate disputes in accordance with the terms of those paragraphs. If you opt out of these arbitration provisions, Thumbtack also will not be bound by them.

*Changes to This Section*: Thumbtack will provide thirty (30) days' notice of any changes affecting the substance of this Arbitration and Class Action Waiver section by posting on the Thumbtack Terms of Use website, sending you a message, or otherwise notifying you when you are logged into your account. Amendments will become effective thirty (30) days after they are posted on the Thumbtack Terms of Use website or sent to you.

Changes to this section will otherwise apply prospectively only to claims arising after the 30th day. If a court or arbitrator decides that this subsection on "Changes to This Section" is not enforceable or valid, then this subsection will be severed from the section entitled “Arbitration and Class Action Waiver,” and the court or arbitrator will apply the first Arbitration and Class Action Waiver section in existence after you began using the Platform.

*Survival*: This Arbitration and Class Action Waiver section will survive any termination of your Account or the Platform.

*Third-Party Beneficiary*: You and Thumbtack acknowledge that any third-party consumer reporting agency that Thumbtack uses to perform background checks on Service Professionals is an express and intended third-party beneficiary of this arbitration provision and as such, the terms of this Arbitration provision will inure to the benefit of the consumer reporting agencies and may be enforced by them. Accordingly, you agree that any dispute that arises between you and a consumer reporting agency that relates to or arises out of this Agreement or any aspect of your relationship with Thumbtack will be resolved by binding arbitration. If any court or arbitrator determines that this third-party beneficiary subsection is void or unenforceable for any reason, then this subsection will be severed from the section entitled “Arbitration and Class Action Waiver,” and the remainder of the section will remain enforceable, meaning that the class action waiver and the mutual obligation to resolve disputes between you and Thumbtack through binding arbitration remains enforceable.

## GOVERNING LAW

The Terms and the relationship between you and Thumbtack will be governed in all respects by the laws of the state of California, without regard to its conflict of law provisions. You agree that any claim or dispute you may have against Thumbtack that is not subject to arbitration must be resolved by a court located in San Francisco County, California, or a United States District Court, Northern District of California, located in San Francisco, California, except as otherwise agreed by the parties. You agree to submit to the personal jurisdiction of the courts located within San Francisco County, California or the United States District Court, Northern District of California located in San Francisco, California, for the purpose of litigating all such claims or disputes that are not subject to arbitration. You hereby waive any and all jurisdictional and venue defenses otherwise available.

## DISCLAIMERS

YOUR USE OF THE PLATFORM, PRO SERVICES, OR COLLECTIVE CONTENT IS SOLELY AT YOUR OWN RISK. YOU ACKNOWLEDGE AND AGREE THAT THUMBTACK DOES NOT HAVE AN OBLIGATION, BUT RESERVES THE RIGHT FOR ANY REASON, TO (A) MONITOR OR REVIEW USER CONTENT; OR (B) FOR ANY PERMISSIBLE PURPOSE, CONDUCT IDENTITY VERIFICATION, BACKGROUND (INCLUDING CRIMINAL BACKGROUND) OR REGISTERED SEX OFFENDER CHECKS ON ANY USER, INCLUDING BUT NOT LIMITED TO SERVICE PROFESSIONALS AND CONSUMERS. THE PLATFORM IS PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, THUMBTACK AND OUR AFFILIATES AND SUBSIDIARIES, AND RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS EXPLICITLY DISCLAIM ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT; ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF OR IN TRADE; ANY WARRANTIES, REPRESENTATIONS, OR GUARANTEES IN CONNECTION WITH THIS PLATFORM OR THE PRO SERVICES OFFERED ON OR THROUGH THIS PLATFORM; AND ANY WARRANTIES RELATING TO THE QUALITY, SUITABILITY, TRUTH, ACCURACY OR COMPLETENESS OF ANY INFORMATION OR MATERIAL CONTAINED OR PRESENTED ON THE PLATFORM, INCLUDING WITHOUT LIMITATION ALL COLLECTIVE CONTENT. THUMBTACK MAKES NO WARRANTY THAT THE PLATFORM OR PRO SERVICES WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. THUMBTACK ASSUMES NO RESPONSIBILITY, AND WILL NOT BE LIABLE FOR ANY

DAMAGES TO YOUR COMPUTER EQUIPMENT OR OTHER PROPERTY ON ACCOUNT OF YOUR ACCESS TO OR USE OF THE PLATFORM. THUMBTACK WILL NOT BE LIABLE FOR ANY DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD-PARTY, OR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY DATA, INFORMATION, MATERIALS, SUBSTANCE, OR COLLECTIVE CONTENT POSTED, TRANSMITTED, OR MADE AVAILABLE VIA THE PLATFORM. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM THUMBTACK OR THROUGH THE PLATFORM, WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

YOU ARE SOLELY RESPONSIBLE FOR ALL OF YOUR COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OR USERS OF THE PLATFORM AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE PLATFORM, INCLUDING BUT NOT LIMITED TO ANY CONSUMERS, SERVICE PROFESSIONALS OR SERVICE RECIPIENTS. YOU UNDERSTAND THAT THUMBTACK DOES NOT MAKE ANY ATTEMPT TO VERIFY THE STATEMENTS OF USERS OF THE PLATFORM OR TO REVIEW OR VET ANY PRO SERVICES. THUMBTACK MAKES NO REPRESENTATIONS OR WARRANTIES AS TO THE CONDUCT OF USERS OF THE PLATFORM OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE USERS OF THE PLATFORM. YOU AGREE TO TAKE REASONABLE PRECAUTIONS IN ALL COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OF THE PLATFORM AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE PLATFORM, PARTICULARLY IF YOU DECIDE TO MEET OFFLINE OR IN PERSON AND GIVE OR RECEIVE PRO SERVICES. THUMBTACK EXPLICITLY DISCLAIMS ALL LIABILITY FOR ANY ACT OR OMISSION OF ANY USERS OR THIRD-PARTIES.

THUMBTACK MAY PROVIDE TO SERVICE PROFESSIONALS PHONE NUMBERS THAT CONSUMERS PROVIDE IN CONNECTION WITH A REQUEST. SUCH PHONE NUMBERS ARE NOT VERIFIED AND THUMBTACK MAKES NO REPRESENTATION OR WARRANTY AS TO THEIR VALIDITY.

## LIMITATION OF LIABILITY

YOU ACKNOWLEDGE AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE PLATFORM AND COLLECTIVE CONTENT, YOUR OFFERING OR PROVIDING PRO SERVICES OR REQUESTING OR RECEIVING PRO SERVICES THROUGH THE

PLATFORM, AND ANY CONTACT YOU HAVE WITH OTHER USERS OF THUMBTACK OR THIRD-PARTIES, WHETHER IN PERSON OR ONLINE, REMAINS WITH YOU. NEITHER THUMBTACK NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE PLATFORM WILL BE LIABLE (WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THUMBTACK HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE) FOR: (A) ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL; (B) SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE; (C) THE COST OF SUBSTITUTE PRODUCTS OR SERVICES; (D) ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS; (E) THE USE OF OR INABILITY TO USE THE PLATFORM, PRO SERVICES OR COLLECTIVE CONTENT; (F) ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OF THE PLATFORM OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE PLATFORM; OR (G) YOUR OFFERING OR PROVIDING PRO SERVICES OR REQUESTING OR RECEIVING PRO SERVICES THROUGH THE PLATFORM.

IN NO EVENT WILL THE TOTAL, AGGREGATE LIABILITY OF THUMBTACK AND OUR AFFILIATES AND SUBSIDIARIES, AND RESPECTIVE OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS, ARISING FROM OR RELATING TO THE TERMS, PLATFORM, PRO SERVICES, AND/OR COLLECTIVE CONTENT, OR FROM THE USE OF OR INABILITY TO USE THE PLATFORM OR COLLECTIVE CONTENT OR IN CONNECTION WITH ANY PRO SERVICES OR INTERACTIONS WITH ANY OTHER USERS EXCEED THE TOTAL AMOUNT OF FEES ACTUALLY PAID TO THUMBTACK BY YOU HEREUNDER, OR ONE HUNDRED U.S. DOLLARS IF NO SUCH PAYMENTS HAVE BEEN MADE, AS APPLICABLE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY, SO THE FOREGOING LIMITATION MAY NOT APPLY TO YOU. IN JURISDICTIONS THAT DO ALLOW LIMITATIONS OF LIABILITY, THE LIMITATION DESCRIBED ABOVE WILL APPLY FULLY TO RESIDENTS OF THOSE JURISDICTIONS.

## INDEMNIFICATION AND RELEASE

You agree to release, defend, indemnify, and hold Thumbtack and our affiliates and subsidiaries, and respective officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including without limitation reasonable legal and accounting fees, arising out of or in any way connected with (a) your violation of these Terms; (b) your User Content; (c) your interaction with any User; and (d) the request or receipt or offer or provision of Pro Services by you, including but not limited to any injuries, losses, or damages (compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with such Pro Services.

Notwithstanding the foregoing paragraph, if you are a resident of a jurisdiction where the foregoing is prohibited, you only agree to release, defend, indemnify, and hold Thumbtack and our affiliates and subsidiaries, and respective officers, directors, employees and agents, harmless from and against any third-party claims, liabilities, damages, losses, and expenses, including without limitation reasonable legal and accounting fees, arising out of or in any way connected with your violation of these Terms.

If you are a California resident, you waive California Civil Code Section 1542, which provides:

*A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.*

If you are not a California resident, you waive your rights under any statute or common law principle similar to Section 1542 that governs your rights in the jurisdiction of your residence.

## GENERAL

*Force Majeure*: Other than payment obligations, neither Thumbtack nor you will be liable to the other for any delay or failure in performance under the Terms arising out of a cause beyond your or our control and without your or our fault or negligence. Such causes may include but are not limited to fires, floods, earthquakes, strikes, unavailability of necessary utilities, blackouts, epidemics, acts of declared or undeclared war, acts of regulatory agencies, or other disasters.

*No Third-Party Beneficiaries*: You agree that, except as otherwise expressly provided in these Terms, there will be no third-party beneficiaries to these Terms.

*Contacting You and E-SIGN Consent*: You agree that Thumbtack may provide you with notices, including those regarding changes to the Terms, by email, regular mail, or postings on the Platform. With your consent, Thumbtack, Consumers, Service Professionals, or other individuals may also contact you by telephone or through text messages. If you have agreed to receive text messages or telephone calls from Thumbtack, Consumers, Service Professionals, or other individuals you also consent to the use of an electronic record to document your agreement. You may withdraw your consent to the use of the electronic record by sending an email to support@thumbtack.com with "Revoke Electronic Consent" in the subject line. To view and retain a copy of this disclosure or any information regarding your enrollment in this program, you will need (a) a device (such as a computer or mobile phone) with a web browser and Internet access; and (b) either a printer or storage space on such device. For a free paper copy, or to update our records of your contact information, send an email to support@thumbtack.com with contact information and the address for delivery.

*Entire Agreement*: These Terms, together with the Privacy Policy and any other legal notices or additional terms and conditions or policies published by Thumbtack on the Platform, will constitute the entire agreement between you and Thumbtack concerning the Platform or Pro Services obtained through the Platform. Except as explicitly stated herein, if any provision of the Terms is deemed invalid by a court of competent jurisdiction, the invalidity of such provision will not affect the validity of the remaining provisions of the Terms, which will remain in full force and effect.

*Waiver*: No waiver of any provision of these Terms will be deemed a further or continuing waiver of such term or any other term, and Thumbtack's failure to assert any right or provision under these Terms will not constitute a waiver of such right or provision.

*Statute of Limitations*: You agree that regardless of any statute or law to the contrary, any claim arising out of or related to the Platform or the Pro Services offered therein must commence within one (1) year after the cause of action accrues. Otherwise, such cause of action is permanently barred. Notwithstanding the foregoing, this statute of limitations will not apply to residents of New Jersey.

*Section Headings*: The section headings in these Terms are for convenience only and have no legal or contractual effect.

*Contact Information*: If you have any questions about these Terms or the Platform, please contact us by sending an email to support@thumbtack.com.

**Thumbtack**
**Consider it done.**

About
Careers
Press
Blog

**Customers**

How to use Thumbtack
Sign up
Get the app
Services near me
Cost estimates
Home resource center
Small business survey
Questions and answers

**Pros**

Thumbtack for pros
Sign up as a pro
Community
Pro Resources
Success stories
Pro reviews
iPhone app for pros
Android app for pros

**Support**

Help
Safety
COVID-19 Info
Terms of Use
Privacy Policy
CA Privacy Notice
Do not Sell or Share My Personal Information

© 2023 Thumbtack, Inc.

**Thumbtack Guarantee**